836

No. 335.   Pratt et al. v. Massachusetts; and
No. 383.   Farrell et al. v. Massachusetts.   C. A.
1st Cir.   Certiorari denied.   *Edward Bennett Williams,
Raymond W. Bergan* and *William T. Kirby* for petitioners in No. 335.   *Donald S. Dawson* for petitioners in
No. 383.   *Edward W. Brooke,* Attorney General of Massachusetts, and *Brian E. Concannon,* Special Assistant
Attorney General, for respondent.

No. 337.   Greenhills Home Owners Corp. v. Village of Greenhills et al.   Sup. Ct. Ohio.   Certiorari
denied.   *Charles P. Taft* for petitioner.   *Ambrose H.
Lindhorst* for respondents.

No. 338.   Fischbein v. Brooklyn Bar Association.
Ct. App. N. Y. and/or App. Div., Sup. Ct. N. Y., 2d Jud.
Dept.   Certiorari denied.   *Philip D. Vitiello* for petitioner.   *Benjamin R. Raphael* for respondent.

No. 340.   Fernicola v. United States.   C. A. 3d Cir.
Certiorari denied.   *Michael A. Querques* and *Albert H.
Greene* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks*
for the United States.

No. 348.   Williams v. United States.   C. A. 2d Cir.
Certiorari denied.   *Albert J. Krieger* for petitioner.   *Solicitor General Marshall, Assistant Attorney General
Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the
United States.

No. 344.   Evans v. General Motors Corp.   C. A.
7th Cir.   Certiorari denied.   *Theodore Lockyear* for petitioner.   *Thomas M. Scanlon* for respondent.